[No. 3595-43320-1.   Division One.   April 5, 1976.]

VALLEY CONCRETE COMPANY, *Respondent*, v. HAROLD L. ROGERS, ET AL, *Appellants*, CORRUGATED METALS, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 115674, Thomas G. McCrea, J., entered May 24, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Swanson, J.